IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC LOVELL WOODSON,

    Petitioner,

v.    CASE NO. 5:14-cv-146-RS-EMT

N.C. ENGLISH, WARDEN,

    Respondent.
_____/

## ORDER

Before me are the November 21, 2014, Magistrate Judge's Report and Recommendation (Doc.17), and the Petitioner's Objections to Report and Recommendation (Doc. 19). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in the Respondent's motion to dismiss (Doc. 10) is GRANTED.

3. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED with prejudice** for lack of jurisdiction.

4. The Clerk is directed to close this file.

**ORDERED** on December 18, 2014.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**